

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00548-CV

Rufina Reyes **YANEZ**,
Appellant

v.

**AMERICAN GENERAL LIFE INSURANCE COMPANY**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CVF000504-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is dismissed for want of prosecution. Costs of appeal are taxed against appellant.

SIGNED October 28, 2015.

_____
Jason Pulliam, Justice